SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson<br><br>        Plaintiff,<br><br>    vs.<br><br>Leading Luxury Estates, Inc.<br><br>et al,<br><br>        Defendants | Case No. **2:10-cv-01855-WBS-KJM**<br><br>STIPULATION AND ~~PROPOSED~~ ORDER RE: EXTENSION OF TIME UNTIL DECEMBER 22, 2010 FOR DEFENDANTS ADELE L LUCAS; GERALD LUCAS TO RESPOND TO COMPLAINT |

Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendants, Adele L Lucas; Gerald Lucas, by and through, Scott N. Johnson; Adele L Lucas (PRO SE); Gerald Lucas (PRO SE) stipulate as follows:

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 1

1. An extension of time has been previously obtained for Defendants Adele L Lucas; Gerald Lucas until November 22, 2010 to respond or otherwise plead reference to Plaintiff's complaint.

2. Defendants Adele L Lucas; Gerald Lucas are granted an extension until December 22, 2010 to respond or otherwise plead reference to Plaintiff's complaint.

3. Defendants Adele L Lucas; Gerald Lucas response will be due no later than December 22, 2010.

IT IS SO STIPULATED effective as of November 17, 2010

Dated:   November 18, 2010            /s/Adele L Lucas_____

                                      Adele L Lucas

                                      PRO SE

Dated:   November 18, 2010            /s/Gerald Lucas_____

                                      Gerald Lucas

                                      PRO SE

Dated:   November 17, 2010            /s/Scott N. Johnson ____

                                      Scott N. Johnson,

                                      Attorney for Plaintiff

**IT IS SO ORDERED:** that Defendants Adele L Lucas; Gerald Lucas shall have until December 22, 2010 to respond to complaint.

Dated: November 19, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE